1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: fsilane@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys for Defendant
   AEROVIAS DE MEXICO, S.A. DE C.V.
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARIA SANCHEZ, individually and on ) | Case No. CV 07-7280 R (RCx)
   | behalf of all others similarly situated,   )
12 |                                            ) | **JUDGMENT**
   |                Plaintiffs,                 )
13 |                                            )
   |        vs.                                 )
14 |                                            )
   | AEROVIAS DE MEXICO, S.A. DE                )
15 | C.V., doing business as AEROMEXICO,        )
   | and DOES 1 through 100, inclusive,         )
16 |                                            )
   |                Defendants.                 )
17 |_____)

18        This action came on for hearing before the Court on March 3, 2008,

19 Honorable Manuel L. Real, District Judge Presiding, on a motion for summary

20 judgment, and the evidence presented having been fully considered, the issues

21 having been duly heard and a decision having been duly rendered,

22        IT IS ORDERED AND ADJUDGED that plaintiffs take nothing; that

23 plaintiffs' claims be dismissed on the merits; and that defendant Aerovias de

24 Mexico, S.A. de C.V. recover its costs.

25

26 Dated: March 7, 2008

27                                    _____
                                      Honorable Manuel L. Real
28                                    United States District Judge

   [PROPOSED] JUDGMENT
   CASE NO. CV 07-7280 R (RCx)                                            2569V.1